■ SYDNEY M. SIEGEL & CO., INC., Respondent, v. JEROME LIEBERTHAL, Appellant.— In an action to recover damages allegedly sustained as the result of a conspiracy and for other relief, the appeal is from so much of an order as denied appellant's motion to vacate certain items of respondent's notice to examine appellant before trial. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ., concur.